THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUSSELL WINSLOW, Appellant.—

998

Herlihy, P. J., Reynolds, Staley, Jr., Sweeney and Simons, JJ., concur.